IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

GOLD CROSS EMS, INC.,             *
                                  *
      Plaintiff,                  *
                                  *
      v.                          *          CV 125-277
                                  *
APPOINTED WORLDWIDE HOLDING,      *
LLC,                              *
                                  *
      Defendant.                  *
                                  *

## O R D E R

On April 13, 2026, the Court entered an Order granting in part and denying in part Plaintiff Gold Cross EMS, Inc.'s motion for default judgment. Specifically, the Court awarded unpaid invoices and pre-judgment interest to Plaintiff in a default judgment but denied awarding the claimed attorney's fees with leave to renew the motion to address the Court's stated concerns. (Doc. 8.)  On April 27, 2026, Plaintiff filed a renewed motion for default judgment as to attorney's fees.

In its renewed motion, Plaintiff seeks the same amount of attorney's fees and costs previously requested but has provided further information and argument supporting its request. Upon due consideration of the same, the Court **GRANTS IN PART** Plaintiff's renewed motion for default judgment as to attorney's fees as follows:

|  | Hours Expended | Reasonable Rate[1] | Total |
|---|---|---|---|
| Attorney CAC | 4.6 | $450 | $2070.00 |
| Attorney SKP | 4.0 | $280 | $1120.00 |
| Paralegal MAT | 4.6 | $150 | $690.00 |
|  | 13.2 |  | **$3880.00** |

The Court further awards costs in the amount of $544.38.

Accordingly, the Clerk of Court is directed to **ENTER JUDGMENT** in favor of Plaintiff Gold Cross EMS, Inc., and against Defendant Appointed Worldwide Holding, LLC, in the total amount of **$663,653.29** plus post-judgment interest. This amount reflects $606,717.52 for unpaid invoices, $52,511.39 for prejudgment interest, and $4,424.38 in attorney's fees and costs. The case now stands **CLOSED**.

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of May, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's requested hourly rates have been appropriately reduced to represent reasonable rates in the Augusta legal market. (See Order of April 13, 2026, at 9-10.)